UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Antoinette Cooper

Debtor(s)

Case No.: 07 B 15163

Chapter: 13

Judge Susan Pierson Sonderby

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603
Antoinette Cooper, Debtor(s), 8529 South Elizabeth Street, Chicago, IL 60620-4038
Timothy K Liou, Attorney for Debtor(s), 575 West Madison, Ste 361, Chicago, IL 60661

You are hereby notified that debtor(s) is(are) due to GMAC MORTGAGE, LLC for the contractual mortgage payment due 12/01/11. As of the 01/03/12 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 12/01/11 through 01/03/12 post-petition mortgage payments, with the 02/01/12 coming due. The current mortgage payment amount due each month is $1,010.71. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 03/05/12, GMAC MORTGAGE, LLC's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on February 2, 2012.

/s/ Gloria Tsotsos
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-07-G880)**

NOTE: This law firm is deemed to be a debt collector.